# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CESAR MANUEL LOPEZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. CV 08-7173-PA (JWJ)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: May 21, 2009

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge